UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY DAHMEN, a married man,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL GROUP, INC., a Massachusetts corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation and wholly owned subsidiary of Liberty Mutual Group; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts corporation and wholly owned subsidiary of Liberty Mutual Group; LIBERTY MUTUAL SHORT TERM DISABILITY PLAN, a disability plan under ERISA statutes; and LIBERY MUTUAL LONG TERM DISABILITY PLAN, a disability plan under federal ERISA statutes,<br><br>    Defendants. | No. 2:15-cv-00076-SAB<br><br>**ORDER GRANTING STAY** |

ORDER GRANTING STAY ^ 1

Before the Court is the parties' Stipulated Motion for an Extension of Time, ECF No. 121; a related motion to expedite, ECF No. 120; a Stipulated Motion to Stay Action Pending Administrative Review, ECF No. 123; and a related motion to expedite, ECF No. 122.

The parties request a stay of this action to allow for the administrative review of Plaintiff's newly-filed long-term disability claims. Because the parties have stipulated to a stay, and because a stay will conserve the resources of both the parties and the Court, and possibly allow for the amicable settlement of the case, the Court **grants** the motion to stay.

Given that the parties are processing Plaintiff's long-term disability claim under an administrative review, and that discovery on the conflicts of interest issue needs to take place to properly review these claims, the Court **grants** the parties' request to extend discovery. No parties' right to discovery shall be prejudiced by this order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for an Extension of Time, ECF No. 121, is **GRANTED**.

2. The parties' Stipulated Motion to Expedite, ECF No. 120, is **GRANTED**.

3. The parties' Stipulated Motion to Stay Action Pending Administrative Review, ECF No. 123, is **GRANTED**.

4. The parties' second Stipulated Motion to Expedite, ECF No. 122, is **GRANTED**.

5. This action is **STAYED** until either Plaintiff or Defendants notify the Court that the stay should be lifted following the filing and exhaustion of the long-term disability claim, or following a stipulated dismissal. The current bench trial date of January 27, 2017, is **VACATED.**

6. The terms establishing by the parties, set forth at ECF No. 23 at 2-3, shall govern the stay.

7. All pending discovery requests and discovery deadlines are **STAYED**.

8. Given that this case is now stayed, and that the parties' pending motions for summary judgment involve inconsistent standards of law that may not reflect the Court's prior orders, the Court believes that these motions should be struck and re-filed at a later date. Thus the parties' motions for summary judgment, ECF Nos. 80, 101, 105, and 110, are **STRUCK** without prejudice. If, upon notice from the parties, the stay is lifted from this case, the parties may re-file and re-note these motions, in their current form or edited, without any prejudice to deadlines, or the issues or arguments therein.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 15th day of December, 2016.



_____
Stanley A. Bastian
United States District Judge

ORDER GRANTING STAY ^ 3